# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

**Plaintiff,**

**V.**

Approximately 3879.16242937 bitcoin seized from Bitcoin address bc1q7rhc02dvhmlfu8smywr9mayhdph85jlpf6paqu

**Defendant.**

**Civil No.** 21-cv-02103-AJB-JLB

## DEFAULT

It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on 12/20/2021 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Defendants is hereby entered: all potential claimants other than Claimant SA Reinsurance Ltd.

Entered On:

**JOHN MORRILL, Clerk of Court**

By: s/ J. Mueller

J. Mueller, Deputy