RANDY S. GROSSMAN
United States Attorney
OLEKSANDRA Y. JOHNSON
Assistant United States Attorney
California Bar No. 265442
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-9769
Email: oleksandra.johnson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Approximately 3879.16242937 bitcoin, seized from Bitcoin address bc1q7rhc02dvhmlfu8smywr9mayhdph85jl pf6paqu,<br>Defendant. | Case No. 21cv2103-AJB(JLB)<br><br>NOTICE OF MOTION AND MOTION FOR JUDGMENT BY DEFAULT AS TO ALL POTENTIAL CLAIMANTS EXCEPT SA REINSURANCE LTD.<br><br>Date: April 14, 2022<br>Time: 2:00 p.m.<br>Courtroom: 4A<br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO: ALL POTENTIAL CLAIMANTS EXCEPT SA RESINSURANCE LTD.

PLEASE TAKE NOTICE that on April 14, 2022, at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable Anthony J. Battaglia, United States District Court, Courtroom 4A, 221 West Broadway, San Diego, California 92101, Plaintiff, the United States of America, by and through its attorneys, Randy S. Grossman, United States Attorney, and Oleksandra Y. Johnson, Assistant United States Attorney, will move the Court, pursuant to Federal Rule of Civil Procedure 55(b)(2), for a judgment by default in the instant case as to the interest of all potential claimants except SA Reinsurance Ltd.

This motion is based on the files and records of this case, including the attached Memorandum of Points and Authorities (Exhibit 1), the Clerk's Entry of Default dated March 16, 2022 (Exhibit 2), and Declaration of Oleksandra Y. Johnson (Exhibit 3).

Date: March 18, 2022

s/ Oleksandra Y. Johnson
OLEKSANDRA Y. JOHNSON
Assistant U.S. Attorney
Email: oleksandra.johnson@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Approximately 3879.16242937 bitcoin, seized from Bitcoin address bc1q7rhc02dvhmlfu8smywr9mayhdph85jlpf6paqu,<br>Defendant. | Case No. 21cv2103-AJB(JLB)<br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Oleksandra Y. Johnson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF MOTION AND MOTION FOR JUDGMENT BY DEFAULT AS TO ALL POTENTIAL CLAIMANTS EXCEPT SA REINSURANCE LTD.** on the following by Federal Express:

SA Reinsurance Ltd.
c/o Mala Ahuja Harker
Friedman Kaplan Seiler & Adelman LLP
7 Times Square, 28th Floor
New York, NY 10036-6516

The above is the last known address of counsel for SA Reinsurance Ltd. I understand that Federal Express provides delivery service to this address.

//

I have caused service of **NOTICE OF MOTION AND MOTION FOR JUDGMENT BY DEFAULT AS TO ALL POTENTIAL CLAIMANTS EXCEPT SA REINSURANCE LTD.** on the following via the Tokyo District Public Prosecutors Office, which acted on behalf of the Central Authority of Japan:

Rei Ishii
Tokyo Metropolitan Police Department, Oji Police Station
3-22-22 Oji, Kita-Ward
Tokyo 114-0002

The above is the last known address for Mr. Rei Ishii. I understand that the Tokyo District Public Prosecutors Office provides service to Mr. Ishii at this address.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2022.

s/ Oleksandra Y. Johnson
OLEKSANDRA Y. JOHNSON