RANDY S. GROSSMAN
United States Attorney
OLEKSANDRA Y. JOHNSON
Assistant United States Attorney
California Bar No. 265442
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-9769
Email: oleksandra.johnson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Approximately 3879.16242937 bitcoin, seized from Bitcoin address bc1q7rhc02dvhmlfu8smywr9mayhdph85jl pf6paqu,<br>Defendant. | Case No. 21cv2103-AJB(JLB)<br><br>DECLARATION OF OLEKSANDRA Y. JOHNSON IN SUPPORT OF MOTION FOR JUDGMENT BY DEFAULT AS TO ALL POTENTIAL CLAIMANTS EXCEPT SA REINSURANCE LTD. |

I, Oleksandra Y. Johnson, declare:

1. I am the Assistant United States Attorney primarily responsible for the prosecution of this case. I have prepared this Declaration based upon my review of the Court's docket and the file maintained by the U.S. Attorney's Office, with respect to this case.

2. On December 20, 2021, the United States filed a verified complaint in this action in the United States District Court for the Southern District of California against the above-named defendant property,

> Approximately 3879.16242937 bitcoin, seized from Bitcoin address bc1q7rhc02dvhmlfu8smywr9mayhdph85jl pf6paqu ("Defendant BTC").

**EXHIBIT 3**

3. On or about December 1, 2021, the Defendant BTC was seized and arrested, with the assistance of Japanese law enforcement authorities, by a duly authorized agent of the Federal Bureau of Investigation, which agency thereafter took possession and custody of the Defendant BTC, pursuant to the Court's Order appointing the Federal Bureau of Investigation as Interim custodian, dated December 12, 2021.

4. On January 5, 2022, the United States caused Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture to be sent by Federal Express to the following potential claimant, SA Reinsurance Ltd. ("SARe"), through its attorney at her address of record:

| Name and Address | Tracking No. | Result |
|---|---|---|
| SA Reinsurance Ltd.<br>c/o Mala Ahuja Harker<br>Friedman Kaplan Seiler<br>& Adelman LLP<br>7 Times Square, 28th Floor<br>New York, NY 10036-6516 | 7756 7141 3019 | Delivered on 1/7/22 |

5. On February 2, 2022, the Plaintiff United States caused the Complaint and Notice of Judicial Forfeiture Proceedings, in both English and Japanese, to be served on Potential Claimant Ishii at the following address:[2]

| Name and Address | Result |
|---|---|
| Rei Ishii<br>Tokyo Metropolitan Police Department, Oji Police Station<br>3-22-22 Oji, Kita-Ward<br>Tokyo | Delivered on<br>2/2/22 |

6. On January 6, 2022, Claimant SARe filed a timely and valid Verified Claim to Defendant Property Seized for Forfeiture.

[2] The United States effected service on Potential Claimant Ishii via the Tokyo District Public Prosecutors Office, which acted on behalf of the Central Authority of Japan and pursuant to a Request for Legal Assistance from the United States of America dated June 25, 2021.

7. Beginning on January 8, 2022, and continuing through February 6, 2022, the United States posted notice of this civil forfeiture action on an official government internet website, www.forfeiture.gov, for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

8. Under Supplemental Rule G(5)(a)(ii)(B), the claim-filing deadline for any claimant who did not receive direct notice of the filing of the complaint was March 9, 2022. Thus, the time for any person or entity, other than Claimant SARe, to file a claim has expired.

9. To date, no person or entity, other than Claimant SARe, has filed a claim to the Defendant BTC or an answer in this action.

10. On March 15, 2022, a Declaration of and Request for Clerk's Entry of Default as to All Potential Claimants Except SA Reinsurance, Ltd. was filed in this case. A Clerk's Entry of default was issued on March 16, 2022, and a copy is hereby attached as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

DATED: March 18, 2022

s/ Oleksandra Y. Johnson
OLEKSANDRA Y. JOHNSON
Assistant U.S. Attorney
Email: oleksandra.johnson@usdoj.gov
Attorneys for Plaintiff
United States of America