# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

United States of America

**Plaintiff,**

**V.**

Approximately 3879.16242937 bitcoin seized from Bitcoin address bc1q7rhc02dvhmlfu8smywr9mayhdph85jlpf6paqu

**Defendant.**

**Civil Action No.** 3:21-cv-02103-AJB-JLB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Court adopts the Parties' Stipulation for Compromise Settlement as its findings of fact.
2. The Court grants the Plaintiff United States' Stipulated Motion for Entry of Judgment Awarding all Right, Title, and Interest in the Defendant Substitute Res to the Sole Claimant, SA Reinsurance, Ltd.
3. Judgment is entered awarding all right, title, and interest in the Defendant Substitute Res to Claimant SA Reinsurance.

**Date:** 7/12/22

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Mueller

J. Mueller, Deputy